

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00005-CV

**IPSECURE, INC**.,
Appellant

v.

James E. **CARRALES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On June 15, 2016, this court issued a memorandum opinion and judgment dissolving a temporary injunction order and vacating an enforcement order. Appellee has filed a "Motion for Immediate Issuance of the Mandate" pursuant to TEX. R. APP. P. 18.1(c), requesting that the mandate be issued immediately based on his showing of good cause. No response opposing the motion has been filed by appellant. Accordingly, having found good cause to issue the mandate immediately, we GRANT appellee's motion. The clerk of the court is instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court